UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MITCHELL BOSCH,**<br><br>   **Defendant.** | **Crim. Action No. 24-210 (DLF)** |

### RESPONSE TO PRETRIAL VIOLATION MEMORANDUM (ECF No. 30)

On August 2, 2024, Pretrial Services filed a Violation Memorandum indicating that Mr. Bosch submitted to a random drug test on July 30, 2024 and acknowledged while meeting with Pretrial that he used marijuana on July 28, 2024 – three days after the last court appearance where the Court advised Mr. Bosch there would be consequences if he continued to use marijuana. ECF No. 30. During the meeting with Pretrial Services, he also committed to discontinue using marijuana. *Id*. Pretrial Services is recommending detention based on Mr. Bosch's admission that he used marijuana after the last court appearance.[1] *Id*. The defense strongly objects to remand as the sanction for marijuana use. However, the defense withdraws our previous objection to modifying the conditions of Mr. Bosch's release to include evaluations for mental health and substance abuse as deemed appropriate by Pretrial Services.

During the last court appearance, Mr. Bosch indicated that he was not open to treatment. However, following his meeting with Pretrial Services on July 30, 2024, Mr. Bosch recognized that his position needed to change. As a retired Army Captain, Mr. Bosch utilized services available to him as a veteran and voluntarily went to the Veterans Affair ("VA") Hospital in

---

[1] It is important to note that Mr. Bosch has complied with all other conditions of his release.

1

Orlando, Florida to discuss outpatient substance abuse treatment. Mr. Bosch acknowledges that he is prohibited from using marijuana while on Pretrial release and commits to discontinue use (and has discontinued use since his July 30, 2024 meeting with Pretrial Services) as well as submit to evaluations for mental health and substance abuse treatment as deemed appropriate by Pretrial Services. The defense would request that, if the Court agrees to modify Mr. Bosch's conditions of release, that Mr. Bosch be permitted to receive those services at a VA facility.

Respectfully submitted,

*Marissa Sherman*
_____
Marissa Sherman
Attorney for Mitchell Bosch
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7408