**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Action No. 24-210 (DLF)** |
| **MITCHELL BOSCH,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

Counsel for Mr. Bosch writes to provide the Court with a status report regarding defense counsel's trial schedule. Trial in the matter of *United States v. Valentin*, 23-cr-292 (RPK), out of the Eastern District of New York, was rescheduled from September 23, 2024, to November 18, 2024. The *Valentin* trial date, which involves four co-defendants (three of which are detained), does conflict with the trial date of November 12, 2024, in the instant case. However, issues regarding representation of several of the defendants in the *Valentin* case were raised, and the case was adjourned to September 3, 2024 to resolve those issues as well as whether the resolution of those issues will result in a change in the November 18, 2024 trial date. Therefore, defense counsel is requesting that the Court permit the parties to file a joint status letter on or before September 4, 2024 with a final update regarding the trial date in the instant case.

1

Respectfully submitted,

*Marissa Sherman*
Marissa Sherman
Attorney for Mitchell Bosch
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7408