UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MITCHELL BOSCH,**<br><br>       **Defendant.** | **Crim. Action No. 24-210 (DLF)** |

## JOINT STATUS REPORT

      Counsel for Mr. Bosch writes to provide the Court with a status report regarding counsel's trial schedule. Defense counsel does not have a conflict with the November 12, 2024 trial date in the instant case and both parties are prepared to proceed to trial on November 12, 2024.

      Respectfully submitted,

*Marissa Sherman*
_____
Marissa Sherman
Attorney for Mitchell Bosch
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7408