UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 24-cr-210 (DLF) |
| | : | |
| **MITCHELL BOSCH,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNNENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this opposition to the defendant's motion to continue the jury trial set for November 12, 2024.

The defendant, Mitchell Bosch, has filed a motion to continue based solely on speculation and conjecture that the jury pool in Washington, D.C. cannot be trusted to be fair and impartial after the 2024 Presidential election results.[1] This line of argument was previously rejected by the Court when it denied Bosch's motion to change venue and there is no reason to conclude that the Court's *voir dire* procedures are now somehow adequate to screen out potential jurors who may hold a bias.

Furthermore, there is a societal interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government respectfully disagrees that a continuance is warranted here, and the Court should proceed as it would in prosecuting any other crime not related to January 6, 2021.

---

[1] A similar motion to continue was filed today in *U.S. v. Carnell, et al.*, 23-cr-139 (BAH), and that motion was summarily denied. *See* Nov. 6, 2024 Minute Entry.

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court deny the defendant's motion to continue trial.

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Andrew J. Tessman*
        ANDREW J. TESSMAN
        Assistant United States Attorney
        WV Bar No. 13734
        601 D Street NW
        Washington, DC 20530
        (304) 340-2334
        Andrew.Tessman@usdoj.gov

        MATTHEW E. VIGEANT
        Assistant United States Attorney
        D.C. Bar No. 144722
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.,
        Washington, D.C. 20530
        (202) 252-2423
        Matthew.Vigeant@usdoj.gov