CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.     ) Criminal No.: CR 24-210

MITCHELL BOSCH

## NOTE FROM JURY

For any count where there are two conditions, and where we must answer each question, do we have to have unanimity to answer Guilty or Not Guilty for each condition? For example, if some jurors feel condition A is met, while others feel condition A is not met, and all jurors feel condition B is met, it appears we do not have unanimity with respect to condition A, even though we have unanimity with respect to condition B. Do we have to reach unanimity on condition A to answer the verdict form?

Date: Nov. 15, 2024

Time: 3:53 PM

11/15/24
1558
CSO