CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MITCHELL BOSCH

Criminal No.:   CR 24-210

### NOTE FROM JURY

① For purposes of Count Five, is the term "assault" defined in the same way as "assault" is defined for purposes of Count Two? (i.e., on page 27)

② For any Count where the jury need only reach unanimity as to guilt on one condition, is it acceptable to leave the verdict form blank as to the other (or any other) condition? for that same Count

Date: Nov 18, 2024
Time: 9:51 AM

CRISPIN BURKE
NOV 18 2024          9:51 AM