CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

MITCHELL BOSCH

Criminal No.:   CR 24-210

## NOTE FROM JURY

We HAve ReAcHed A verDict

Date: ~~5-15-24~~ NOV 18 2024

Time: 3:44 PM

11/18/24
1515 hrs
CSO 49 d Ym

NOV 18
CRISPIN BURKE