UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 24-cr-00210 (DLF)** |
| | : | |
| v. | : | |
| | : | |
| **MITCHELL BOSCH,** | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

**Count One:** Obstructing Law Enforcement Officers during a Civil Disorder

In order to find the defendant guilty of Count One, you must find that the government proved at least one of the two following conditions. The order does not matter, but you must unanimously agree as to which condition or conditions the government proved in order to find the defendant guilty.

**Count One (a):** Obstructing Law Enforcement Officers during a Civil Disorder that obstructed, delayed, or adversely affected commerece or the movement of an article or commodity in commerce

_____                                    _____
Guilty                                                              Not Guilty


**Count One (b):** Obstructing Law Enforcement Officers during a Civil Disorder that obstructed, delayed, or adversely affected the conduct or performance of a federally protected function.

____✓_____                                    _____
Guilty                                                              Not Guilty

**Count Two:**   Assaulting, Resisting, or Impeding Certain Officers

In order to find the defendant guilty of Count Two, you must find that the government proved that the defendant assaulted, resisted, or impeded officers at one or more of the following times: 4:21 p.m., 4:26 p.m., or 4:35 p.m..

In order to find the defendant guilty of Count Two, you must also find that the government proved that the defendant either made physical contact with an officer or employee of the United States or acted with the intent to commit another felony (or both).

The order does not matter, but you must unanimously agree as to which incident or incidents and which condition or conditions the government proved in order to find the defendant guilty.

**Count Two (a):** Assaulting, Resisting, or Impeding Certain Officers at 4:21 p.m.

__✓_____                    _____
Guilty                                                         Not Guilty

If you find the defendant guilty of Assaulting, Resisting, or Impeding Certain Officers at 4:21 p.m., which condition(s) do you find occurred:

_____   making physical contact with an officer or employee of the United States

__✓__   intent to commit the offense charged in Count One.

**Count Two (b):** Assaulting, Resisting, or Impeding Certain Officers at 4:26 p.m.

__✓_____                    _____
Guilty                                                         Not Guilty

If you find the defendant guilty of Assaulting, Resisting, or Impeding Certain Officers at 4:26 p.m., which condition(s) do you find occurred:

_____   making physical contact with an officer or employee of the United States

__✓__   intent to commit the offense charged in Count One.

**Count Two (c):** Assaulting, Resisting, or Impeding Certain Officers at 4:35 p.m.

__✓_____                    _____
Guilty                                                         Not Guilty

If you find the defendant guilty of Assaulting, Resisting, or Impeding Certain Officers at 4:35 p.m., which condition(s) do you find occurred:

__✓__   making physical contact with an officer or employee of the United States

__✓__   intent to commit the offense charged in Count One.

**Count Three:** Entering or Remaining in a Restricted Building or Grounds

☑ Guilty ___ Not Guilty

**Count Four:** Disorderly and Disruptive Conduct in a Restricted Building or Grounds

☑ Guilty ___ Not Guilty

**Count Five:** Engaging in Physical Violence in a Restricted Building or Grounds

___ Guilty ☑ Not Guilty

**Count Six:** Disorderly Conduct in a Capitol Building or Grounds

☑ Guilty ___ Not Guilty

**Count Seven:** Act of Physical Violence in the Capitol Building or Grounds

☑ Guilty ___ Not Guilty

Date: November 18, 2024