UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MITCHELL BOSCH,**<br><br>    **Defendant.** | **Crim. Action No. 24-210 (DLF)** |

### RESPONSE TO PRETRIAL VIOLATION MEMORANDUM (ECF No. 74)

On November 22, 2024, Pretrial Services filed a Violation Memorandum indicating that Mr. Bosch had violated the term of his release requiring that he notify his Pretrial Officer in the Middle District of Florida/Tampa in advance of all travel outside of the jurisdiction and requesting that the Court modify Mr. Bosch's terms of release to include Stand-Alone Global Positioning System ("GPS"). The defense strongly objects to the GPS requirement as it is not necessary to ensure Mr. Bosch's return to Court. Pretrial Services alleges that Mr. Bosch failed to adequately alert them that he was traveling outside of the Middle District of Florida during the period of his publicly scheduled trial for the case which he is on supervision for, and for which he appeared before this Court every business day. It is hard to see how travel outside of the jurisdiction for his own trial can be viewed as a deliberate attempt to evade the supervision of Pretrial Services, as opposed to, at worst, a minor lapse in communication during an incredibly stressful and busy period.

On the advice of counsel, Mr. Bosch initially booked lodging for November 11 – November 15, 2024, in Washington, D.C. He provided the lodging information to Pretrial Services in advance of his stay. Mr. Bosch was instructed by counsel to arrive in D.C. for a

1

meeting with his legal team on November 11, 2024 – the day before his trial began. Mr. Bosch drove from Florida to D.C., which is a 13 hour drive. He stopped briefly to sleep in North Carolina late on the evening of November 10, 2024, which was a Sunday. The next day, he provided information on where he had stopped to Pretrial Services and communicated that he was en route to D.C.

Mr. Bosch was in court, on time for his trial every day from November 12 – November 15. As the Court is aware, the jury started deliberating on Friday, November 15 and, at 5:30 pm, the jury and all parties were asked to come back on Monday. Mr. Bosch did not have a place to stay in D.C. for the weekend, and rather than go back to Florida which would have made it difficult to get back in time for court on Monday, he went to his mother's home in Brooklyn, New York for the weekend. Mr. Bosch texted his Pretrial Officer on Monday, November 18 after the verdict to inform her that he was heading back to Florida.[1] He further texted his officer very early on Tuesday morning with the hotel information of where he stayed overnight. The Pretrial Officer responded to that text asking him to provide his hotel information for the previous weekend and to remind him to text her when he arrived in Florida. Mr. Bosch immediately texted his officer with the address of his mother's house in Brooklyn and texted her upon his arrival in Florida as requested.

The Court had the opportunity to observe Mr. Bosch throughout his trial. He appeared timely every day and was attentive and engaged. He, like the rest of us, did not know that he would be unable to return to Florida on November 15, 2024, until after business hours had passed. He informed counsel he was staying in New York and was in touch with counsel

---

[1] Counsel has seen the communications between Mr. Bosch and his Pretrial Officer.

throughout the weekend. While he should have alerted Pretrial Services as well, it was notably an incredibly stressful time.

It is fair to assume that the pretrial condition requiring a defendant alert Pretrial Services regarding travel is in place to avoid a risk of flight. However, Mr. Bosch has demonstrated no such risk.

Mr. Bosch's travel was required for his case. It was not for pleasure, nor was the length of the trial possible to predict in advance. Mr. Bosch kept in regular communication with his Pretrial Officer during his travel to D.C. and back to Florida. He also appreciates that should he travel in the future, he must continue to alert Pretrial Services in advance. The defense contends the GPS device is neither a reasonable nor necessary request and requests that Court deny the request for a modification of Mr. Bosch's terms of release

Respectfully submitted,

*Marissa Sherman*
_____
Marissa Sherman
Kathryn Wozencroft
Attorneys for Mitchell Bosch
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
(718) 407-7408

3